UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BP P.L.C. SECURITIES LITIGATION                               MDL No. 2185

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
NOV 15 2010
DAVID J. BRADLEY, CLERK OF COURT

A CERTIFIED TRUE COPY
ATTEST
By L. Gouldie on Nov 15, 2010
US DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–4)**

On August 10, 2010, the Panel transferred 3 civil action(s) to the United States District Court for the Southern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d (J.P.M.L. 2010). Since that time, 11 additional action(s) have been transferred to the Southern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Keith P Ellison.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Texas and assigned to Judge Ellison.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Texas for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Keith P Ellison.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 12, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: BP P.L.C. SECURITIES LITIGATION**                                  MDL No. 2185

**SCHEDULE CTO−4 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 10−04762 | Safe v. British Petroleum et al |